**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
DEPOSIT OF UNCLAIMED FUNDS**

| In re:<br><br>BRENT WILLIAM HENRIE<br>SARA JEAN HENRIE<br><br>              Debtor(s). | CHAPTER # 7<br>CASE NO. 09-29027 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**_X_ A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

**____ B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 81702 | $109.46 |

    The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$109.46** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

    DATED this 17th day of August, 2011.

_____/s/_____
Steven R. Bailey, Trustee